E-FILED
Thursday, 04 August, 2005 11:28:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
AUG 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-10035 |
| ) | |
| LATONYA WALLS, ) | VIO: 18 U.S.C. §§1791(a)(1) and |
| ) | (b)(3) |
| ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about December 3, 2004, in Tazewell County, in the Central District of Illinois,

**LATONYA WALLS,**

defendant herein, being an employee of the United States Department of Justice, Bureau of Prisons, in violation of a statute, did provide an inmate at the Federal Correctional Institution in Pekin, Illinois, a prohibited object, to wit: marijuana.

In violation of Title 18, United States Code, §§1791(a)(1) and (b)(3).

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/Darilynn J. Knauss
**DARILYNN J. KNAUSS**
Assistant United States Attorney
Central District of Illinois
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050