**E-FILED**
Thursday, 04 August, 2005  11:47:06 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

FILED
AUG 0 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

———————————— District of ————————————

United States of America
plaintiff,

v.

LAtonya Walls
Defendant

**APPEARANCE**

CASE NUMBER: 05-10035

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Latonya  waLLs

I certify that I am admitted to practice in this court.

8/3/05
**Date**

Luke P. Taylr
**Signature**

LuKe  P.  TayLoR  0543152
**Print Name**                          **Bar Number**

8  South 4th St.
**Address**

PeKin          IL          61554
**City**          **State**          **Zip Code**

309 - 346-1002    309 346-0051
**Phone Number**                          **Fax Number**