E-FILED
Thursday, 04 August, 2005  11:48:26 AM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

**UNITED STATES OF AMERICA**

v.

**LATONYA W. WALLS**

**WAIVER OF INDICTMENT**

Case Number: 05-10035

FILED
AUG 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Latonya W. Walls, the above named defendant, who is accused of Bringing Contraband into a Prison, (Title 18, U.S.C. §1791), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Aug. 3rd, 2005, prosecution by information and consent that the proceeding may be by information rather than by indictment.

_____
Latonya W. Walls
Defendant

_____
Luke P. Taylor
Attorney for Defendant

Before   s/Judge McDade
United States District Court Judge