IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-10035-001 |
| LATONYA WALLS, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and Darilynn J. Knauss, Assistant United States Attorney for the Central District of Illinois, pursuant to the Standing Order on Implementation of Sentencing Guidelines, states that it has no objections to the Presentence Investigation Report and agrees with the sentencing factors set forth in the report.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


S:/Darilynn J. Knauss
Darilynn J. Knauss
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Ste. 400
Peoria, Illinois 61602
Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS** has this 1st day of November, 2005, been made on the parties listed below by electronic case filing to:

> Mr. Luke Taylor
> Attorney at Law
> 8 S. Fourth Street
> Pekin, IL 61554
>
> Ms. Genise Bailey
> U.S. Probation Officer
> U.S. Probation Office
> 100 N.E. Monroe Street
> Suite 314 - Federal Building
> Peoria, IL 61602

> > S:/Debra L. Hansen
> > Debra L. Hansen
> > Supervisory Secretary