E-FILED
Wednesday, 30 November, 2005 04:22:27 PM
Clerk, U.S. District Court, ILCD

05-10035

FILED
NOV 3 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

November 28, 2005

Honorable Judge McDade
100 N.E. Monroe
Peoria, IL 61602

Re: LaTonya Walls

Judge McDade:

I am Gia McAllister, I have been friends with Tonya for almost eight years, I am honored and fortunate to have a person in my life as her, and I am grateful to call her friend. Tonya and I have been through so much together. We have gone through good times and bad times, happy times and sad times, I guess you can say we have experienced **life** together and we have survived life blows. My divorce, her battle with lupus, my lost of job, her challenge in returning back to school, my overcoming low self-esteem, her loss of her brother, and on and on I could go. Through each of life's struggles that I experience she has supported me, prayed with me, encouraged me, cried with me, and opened up her home and allowed me to stay there while going through my divorce. Her family opened their hearts and home to me and every Sunday we ate dinner at her moms.

We both have gone through life tough seasons but we stand strong today because of our faith in God and commitment to our friendship. Tonya is one of the most respectful, trusting, loving, and caring people that you would ever have the privilege of knowing. This is the pattern of characteristic traits that I have seen over the eight-years I known her. We have all had things in our lives that we are not proud of. One blink and it happens and we wish we could turn back the hands of time but we cannot. I do not believe Tonya should not be judged based on one isolated event, that is not reality. Because I read a law book does not make me a lawyer, because I researched a type of cancer does not make me a doctor and because she was involved in one, unlawful act does not make her a criminal. She is not a hazard to society but a blessing to society. As I look over the years of her life, I find that this one isolated event was a hiccup in her life and does not define who she is. Her consistant character is being a loving, honest, loyal, caring, and trusting person.

Sincerely,

*[signature]*

Gia Mcallister

November 24, 2005

Dear Judge McDade,

I am writing this letter regarding LaTonya Walls. I have known her ever since I can remember, because she is my big sister. Tonya, as I call her, is a very sweet and loving person. She is a genuinely good person. She is considerate of others, as well as kind and giving to a fault at times. She is always looking for the good in others and is sometimes unaware of others deceptive motives. Tonya is a very spiritual person as well. She is a wonderful mother, wife, daughter and sister. I know personally that she regrets her part in this tragedy and is remorseful for the pain it has caused her immediate and extended family.

In conclusion I ask that you take these things into consideration, when making your final ruling. You can be sure that Tonya will not make another mistake like this. She has learned a valuable lesson and will certainly be more careful. She still has a bright future to look forward to. She can still follow her dreams of pursuing her Masters degree and be as valuable a member of society as she is to her family.

Sincerely,

*Tisha J. Alexander*
Tisha J. Alexander

November 22, 2005

Honorable Judge McDade
100 N.E. Monroe Street
Peoria, IL 61602

Re: LaTonya Walls

Dear Judge McDade:

I would like to say that LaTonya has been a good hearted person, kind person and a good mother. She has worked really hard to better herself by going back to school to obtain her Bachelor's Degree. LaTonya has always been a hard worker and a productive person on every job that she as had.

As her husband I can say that this situation has caused LaTonya to really look at herself and see that the motives of others are not always in her best interest. Our family has remained intact and I stand by my wife through this tough time.

I believe that LaTonya has learned a hard lesson and I believe that she is also very sorry for the hurt that she has caused.

Sincerely,

*Charles M. Walls*

Charles M. Walls

DEPARTMENT OF FINANCE



November 8, 2005

Honorable Judge McDade
100 N.E. Monroe Street
Peoria, Illinois 61602

RE: LaTonya Walls

Dear Judge McDade:

This letter is written as my personal recommendation for Ms. LaTonya Walls. She was employed in my office from June 30, 1997 through July 16, 1999. During that time I found her to be extremely friendly, deeply religious, trustworthy, and honest. She always had a positive attitude, even when health issues challenged her very core. She was also a bit naïve in reading people's motives or even believing they had ulterior motives. LaTonya always thought the best of everyone she came in contact with. She left my office to pursue a career opportunity with the Federal Bureau of Prisons.

I've had the opportunity to speak with her on several occasions in the past few months. Even facing an uncertain future, she remains optimistic and rooted in her faith. I believe she is genuinely remorseful for her actions and the effect they have had on her family.

If I can offer any further information, please contact me at your earliest convenience. Thank you for your time and consideration.

Respectfully,

*Darla Jones*
Darla Jones
Receivables Supervisor
Accounts Receivable Office

City Hall Building
419 Fulton Street
Peoria, Illinois 61602-1276
(309) 494-8550
FAX (309) 494-8510

DEPARTMENT OF FINANCE



November 8, 2005

Honorable Judge McDade
100 N.E. Monroe Street
Peoria, Illinois  61602

RECEIVED

NOV 2 2 2005

CHAMBERS
CHIEF JUDGE MCDADE

RE:  LaTonya Walls

Dear Judge McDade:

This letter is written as my personal recommendation for Ms. LaTonya Walls. She was employed in my office from June 30, 1997 through July 16, 1999. During that time I found her to be extremely friendly, deeply religious, trustworthy, and honest.  She always had a positive attitude, even when health issues challenged her very core.  She was also a bit naïve in reading people's motives or even believing they had ulterior motives.  LaTonya always thought the best of everyone she came in contact with.  She left my office to pursue a career opportunity with the Federal Bureau of Prisons.

I've had the opportunity to speak with her on several occasions in the past few months.  Even facing an uncertain future, she remains optimistic and rooted in her faith.  I believe she is genuinely remorseful for her actions and the effect they have had on her family.

If I can offer any further information, please contact me at your earliest convenience.  Thank you for your time and consideration.

Respectfully,

*Darla Jones*
Darla Jones
Receivables Supervisor
Accounts Receivable Office

City Hall Building
419 Fulton Street
Peoria, Illinois 61602-1276
(309) 494-8550
FAX (309) 494-8510