E-FILED
Wednesday, 11 January, 2006 02:56:28 PM
Clerk, U.S. District Court, ILCD

**FILED**

JAN 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Latonya Walls

Case Number: 05-10035

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __9__), Sentencing Recommendation (document number __10__) and Statement of Reason(s) Page (document number __14__) were returned to the U.S. Probation Office on __01-09-06__.

Received by:

S/Douglas Heuermann /tm
U.S. Probation Office
Date: 01/09/06

RECEIVED
2006 JAN -9 PM 4:30
US PROBATION PEORIA